Case 1:26-cv-09129-JGK Document 12 Filed 11/03/26 Page 1 of 1


# CERVINI LAW GROUP PLLC

*COUNSELORS AT LAW*

475 PARK AVENUE SOUTH
18TH FLOOR
NEW YORK, NEW YORK 10016

917.304.9231
JCERVINI@CERVINILAWGROUP.COM


November 3, 2026

November 5 conference adjourned to Nov. 12/2026 at 11:00 A.M.
So ordered. John G. Koeltl / U.S.D.J.
11/4/26

**Via ECF**
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 14A
New York, New York 10007-1312

**Re:** ***Consolidated Capital Investments, LLC v. Lument Real Estate Capital, LLC et al.*****, Case No. 1:26-cv-09129-JGK**
**(Removed from Sup. Ct. N.Y., New York County, Index No. 654798/2026)**

Dear Judge Koeltl:

Cervini Law Group PLLC represents Plaintiff Consolidated Capital Investments, LLC ("**CCI**") in the above-referenced matter. We respectfully submit this letter-motion to request an adjournment of the pre-motion conference currently scheduled for November 5, 2026, at 2:30 p.m., due to a scheduling conflict. We respectfully request that the conference be adjourned to November 12, 2026. If the Court is available, the parties would prefer an earlier morning time on November 12.

The original conference date is November 5, 2026, at 2:30 p.m. This is CCI's first request for an adjournment of the conference, and there have therefore been no prior requests granted or denied. All parties consent to this request, including the requested adjournment to November 12 and the preference for an earlier morning time.

We respectfully request that the Court adjourn the conference accordingly and thank the Court for its time and consideration.

Dated: New York, New York
November 3, 2026

Respectfully submitted,

**CERVINI LAW GROUP PLLC**

By: *Joseph P. Cervini, Jr.*
Joseph P. Cervini, Jr.
475 Park Avenue South, 18th Floor
New York, New York 10016
Tel. 917-304-9231
jcervini@cervinilawgroup.com
*Counsel for Plaintiff*