UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSOLIDATED CAPITAL INVESTMENTS, LLC,

Plaintiff,

- against -

LUMENT REAL ESTATE CAPITAL, LLC, ET AL,

Defendants.

26-cv-9129 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed during the telephone conference on November 12, 2026, the plaintiff may file an amended complaint by **November 24, 2026**. The time for the defendants to answer or move to dismiss the amended complaint is **December 18, 2026**. If the defendants move to dismiss the amended complaint, the time for the plaintiff to respond is **January 11, 2027**. The defendants may reply by **January 29, 2027**.

SO ORDERED.

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge